DEDERICK *against* LEMAN AND OTHERS, HEIRS OF LEMAN.

THIS was an action of debt, on a bond executed by *George Leman,* the ancestor, in his lifetime, on the 21st *May,* 1790, for the sum of 154 pounds, (385 dollars,) by which he bound himself, his heirs, &c. in the usual form, to the plaintiff, conditioned to pay 77 pounds, on or before the 1st *October* then next, with interest at 6 *per cent.*

The defendants, after craving *oyer* of the condition, pleaded that the plaintiff ought not to have and maintain his action, &c. because, after the making of the bond, and the death of the obligor, the husband of one of the heirs, on the 13th of *February,* 1798, paid to the plaintiff the sum of 3*l.* 9*s.* 10*d.* equal to 8 dollars and 72 cents, which sum the plaintiff accepted and received in full payment of the sum of money mentioned in the condition of the bond, and in full of all demands whatsoever.

The plaintiff demurred to the plea, and the defendants joined in demurrer; and the same was submitted to the court without argument.

A plea to an action of debt on a bond conditioned to pay 77*l.* that the defendant paid the plaintiff 3*l.* 9*s.* 10*d.* which the plaintiff "accepted and received in full payment of the sum mentioned in the condition of the bond, and in full of all demands whatsoever," is bad.

NEW YORK,    *Per Curiam.*   Here was a bond executed in the year 1790,
Oct. 1812.   conditioned to pay 77*l.* on a day past, with interest ; and the plea
TAFT         is, that the husband of one of the heirs paid to the plaintiff, on the
v.           13th *February,* 1798, " 3*l.* 9*s.* 7*d.* which he accepted and receiv-
BREWSTER.    ed in full payment of the sum in the condition mentioned, and in
full of all demands whatsoever." This plea is demurred to ; and
it is palpably bad, either as a plea of payment, or of accord and
satisfaction. The authorities to this point are referred to by the
court, in *Watkinson* v. *Inglesby & Stokes.* (5 *Johns. Rep.* 391.)

- Judgment for the plaintiff.